Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
Dennis J. Lewis, Esq., SBN 262256
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Salinas Mushroom, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SALINAS MUSHROOM, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>LEO L. COTELLA & CO., INC., a California Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: C09-04623<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SALINAS MUSHROOM, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE |

The Court, having considered Plaintiff SALINAS MUSHROOM, INC.'S ("Plaintiff") request to appear telephonically at the Initial Case Management Conference on Monday, February 1, 2010, at 1:30 p.m., hereby orders as follows:

Plaintiff's request is hereby GRANTED.

Dated: January 27, 2010

JUDGE

Judge Thelton E. Henderson