1  Paul W. Moncrief, Esq., SBN 204239
   Paul Hart., Esq., SBN 237766
2  Dennis J. Lewis, Esq., SBN 262256
   JOHNSON & MONCRIEF, PLC
3  295 Main Street, Suite 600
   Salinas, CA 93901
4  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
5
   Attorney for Plaintiff Salinas Mushroom, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 SALINAS MUSHROOM, INC., a California      )   Case No.: C09-04623
   Corporation                               )
12                                           )   [PROPOSED] ORDER GRANTING
                  Plaintiff,                 )   PLAINTIFF SALINAS MUSHROOM,
13                                           )   INC.'S REQUEST TO APPEAR
                                             )   TELEPHONICALLY AT FURTHER
14 v.                                        )   CASE MANAGEMENT
                                             )   CONFERENCE
15 LEO L. COTELLA & CO., INC., a California  )
   Corporation, and DOES 1 through 20, Inclusive, )
16                                           )
                  Defendants.                )
17 _____ )

18      The Court, having considered Plaintiff SALINAS MUSHROOM, INC.'S ("Plaintiff")

19 request to appear telephonically at the Further Case Management Conference on Monday, March

20 22, 2010, at 1:30 p.m., hereby orders as follows:

21

22      Plaintiff's request is hereby GRANTED.

23 Dated: March 18 , 2010

24

25 JUDGE OF T[...]

26                                        Judge Thelton E. Henderson

27

28

                                                              [Proposed] Order
                                         Salinas Mushroom, Inc. v. Leo L. Cotello & Co., Inc.
                                                              Case No. C09-04623

                                         1