MICHAEL M.K. SEBREE #142649
DAVID C. LEE #193743
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: msebree@fablaw.com; dlee@fablaw.com;

Attorneys for Defendants Leo L. Cotella & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| SALINAS MUSHROOM, INC. | Case No.: C09-04623 TEH |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANT LEO L. COTELLA CO., INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| LEO L. COTELLA & CO., INC., a California Corporation, and DOES 1 through 20, inclusive,, | Date: March 22, 2010<br>Time: 1:30 p.m. |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, Defendant Leo L. Cotella & Co., Inc.'s request to appear telephonically at the Further Case Management Conference scheduled for Monday, March 22, 2010, at 1:30 p.m. in the above-referenced action is hereby GRANTED.

IT IS SO ORDERED.

Dated: 03/18/10

_____
Judge of the United States District Court

[Signature: Thelton F. Henderson]
Judge Thelton E. Henderson

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1
[PROPOSED] ORDER - CASE NO. C09-04623 TEH

3/17/10 (26360) #364639.1